JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11

12   JORDAN    SMITH,    as    an
     individual and on behalf of all
13   other similarly situated
     Class Members,
14
15                Plaintiff,
16
17   v.
18   TD SYNNEX CORPORATION,
     a Delaware Corporation; AVT
     TECHNOLOGY SOLUTIONS
19   LLC, a Delaware Limited
     Liability Company; and DOES 1-
20   100, inclusive,
21
22                Defendants.
23

Case No.: 5:24-cv-01372-JGB-DTB

**ORDER GRANTING
STIPULATION TO REMAND
CASE TO STATE COURT FOR
PURPOSES OF SEEKING
SETTLEMENT APPROVAL**

San Bernardino Superior Court Case
No.  CIVSB2417258

24
25
26
27
28

-1-

1

## **ORDER**

2

3        Upon review of the above Stipulation, the Stipulation is GRANTED.   The

4    Court ORDERS that the Class action is hereby remanded back to the San Bernardino

5    County Superior Court.

6        **IT IS SO ORDERED**.

7

8    Date:  May 28, 2025                                                                  

9                                    Honorable Jesus G. Bernal

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT FOR PURPOSES OF SEEKING
SETTLEMENT APPROVAL